SCANNED

CLERK U.S. DISTRICT COURT '06 FEB 21 AM 11:49 FILED

Corey Harris

is Currently At Address

P.O. Box 3618 16508

This is A Premitter Address change. As of 2/21/06 Send mail to above P.O. Box 3618 16508

on Case 04-281-E    CASe Docket
"    "    04-369-E    #.
"    "    05-111-E    Cory Harris
                      2/21/06

home phone 456-3700    cell phone 340-0051