IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY HARRIS, | ) |
|        Petitioner, | ) |
|     v. | ) Civil Action No. 05-111 Erie |
| WARDEN JAMES VESHECCO, et al., | ) |
|        Respondents. | ) |

## **MEMORANDUM ORDER**

This habeas corpus action was received by the Clerk of Court on April 11, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 9], filed on February 23, 2006, recommended that Petitioner's Petition be dismissed as moot and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondents. No objections were filed. After <u>de novo</u> review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 14th day of March, 2006;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DISMISSED as moot and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 9] of Magistrate Judge Baxter, filed on February 23, 2006, is adopted as the opinion of the Court.

                                                    s/   Sean J. McLaughlin
                                                       United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge