In the Court of Common Pleas of Erie County, Pennsylvania
Domestic Relations Section
Erie County Court House
140 West 6th Street
RM 06H
Erie PA 16501-1032

## NOTICE OF BENCH WARRANT FOR YOUR ARREST

This is to notify you there is active warrant for your arrest in the hands of the Erie County Sheriff's Office for your apprehension.

**You were also ordered to appear at the Erie County Sheriff's Office to surrender yourself to begin serving your sentence.** You failed to appear as ordered and the warrant was issued.

**AVOID** the embarrassment, inconvenience and cost of being handcuffed in front of your family & incarcerated. **BRING or MAIL** the purge amount indicated to: Support Enforcement Office. Office hours: Monday through Friday, 8:00 a.m. to 4:30 p.m. **OR TURN YOURSELF IN** to the Erie County Sheriff's Office, 4th floor, Erie County Court House, 140 West 6th Street, Erie PA. Sheriff Office hours are Monday through Friday, 8:30 a.m. to 4:30 p.m..

## ACCEPTABLE METHODS OF PAYMENT:

Cash, money order, VISA, MasterCard and automatic debit card. (*Do not send cash through the mail*). **IDENTIFY** this **PAYMENT** with your name AND social security number *and* as a **PURGE PAYMENT**.

**CONTACT** the Support Enforcement Office, Bench Warrant Unit at (814) 451-6109 **AFTER** your payment has been made to lift the warrant. **NOTE:** *YOU* must notify the Enforcement Office of your payment, to ensure the payment is noted and the warrant is lifted.

BENCH WARRANT UNIT
SUPPORT ENFORCEMENT OFFICE
ERIE COUNTY DOMESTIC RELATIONS SECTION

Cc: Plaintiff

Exhibits #
2007-1 A
1 of 6

In the Court of Common Pleas of     ERIE     County, Pennsylvania
**DOMESTIC RELATIONS SECTION**

| | |
|---|---|
| MALIKAH Y. NIXON <br>               Plaintiff <br> vs. <br> COREY L. HARRIS <br>               Defendant | ) Docket Number    NS200200563 <br> ) <br> ) PACSES Case Number   165104344 <br> ) <br> ) Other State ID Number   00864862 |

## Order

**AND NOW** to wit, this     NOVEMBER 21, 2007     it is hereby Ordered that:

The defendant failed to appear for scheduled Enforcement Conference(s).

Per Judge William R. Cunningham a bench warrant(s) is issued for his arrest.

BY THE COURT:

_____ JUDGE

Service Type M

Form OE-001
Worker ID 25200

2 of 6

In the Court of Common Pleas of     Erie     County, Pennsylvania
**DOMESTIC RELATIONS SECTION**

MALIKAH Y. NIXON                          Docket Number         NS200200563
      Plaintiff

VS.

                                        PACSES Case Number   165104344

COREY L. HARRIS
      Defendant

## Order

AND NOW to wit, this 21st day of November, 2007, it is hereby Ordered that the defendant, COREY L. HARRIS, having failed to appear, bench warrant issued for defendant's apprehension.

BY THE COURT:

_____
JUDGE WILLIAM E. CUNNINGHAM

APPEARANCES:

☐ Plaintiff    ☐ Defendant    ☐ Plaintiff's Attorney    ☐ Defendant's Attorney

Service Type M                                                                         revised
110503

In the Court of Common Pleas of     Erie     County, Pennsylvania
## DOMESTIC RELATIONS SECTION

| | | |
|---|---|---|
| KNIOKA C. MCLAURIN<br>Plaintiff | Docket Number | NS200202708 |
| VS. | | |
| COREY L. HARRIS<br>Defendant | PACSES Case Number | (715105047) |

### Order

AND NOW to wit, this 21st day of November, 2007, it is hereby Ordered that the defendant, **COREY L. HARRIS**, having failed to appear, bench warrant issued for defendant's apprehension.

BY THE COURT:

_____
JUDGE WILLIAM C. CUNNINGHAM

APPEARANCES:

☐ Plaintiff    ☐ Defendant    ☐ Plaintiff's Attorney    ☐ Defendant's Attorney

Service Type M
110503

revised

4 of 6

In the Court of Common Pleas of    ERIE    County, Pennsylvania
DOMESTIC RELATIONS SECTION

| | |
|---|---|
| KNICKA C. MCLAURIN | ) Docket Number    NS200202708 |
|         Plaintiff | ) |
| vs. | ) PACSES Case Number    715105047 |
| COREY L. HARRIS | ) |
|         Defendant | ) Other State ID Number |

## Order

AND NOW to wit, this     NOVEMBER 21, 2007     it is hereby Ordered that:

The defendant failed to appear for scheduled Enforcement Conference(s).

Per Judge William R. Cunningham a Bench Warrant(s) is issued for his arrest.

BY THE COURT:

_____ JUDGE

Service Type M

Form OE-001
Worker ID 25200

5 of 6

Case 1:04-cv-00369-SJM-SPB   Document 42-2   Filed 09/13/2005   Page 11 of 11

Form cpd1i

## Pennsylvania State Collection and Disbursement Unit (PA SCDU)
### IMPORTANT INFORMATION

1. Remit a signed check or money order payable to PA SCDU.   DO NOT ENCLOSE CASH OR CORRESPONDENCE. Write the Member ID on the check or money order.   Remit coupon with payment.
2. Print the amount paid in the field marked "AMOUNT ENCLOSED".
3. If the address is no longer valid, mark the CHANGE OF ADDRESS box and indicate the changes on the PAYMENT COUPON.
4. Please use the envelopes and coupons provided to remit support payments.   DISCARD ANY UNUSED COUPONS.
5. If you have any questions regarding this bill, contact your Domestic Relations Section.

COREY L HARRIS
ERIE CO PRISON # 2428
1618 ASH ST
ERIE PA 16503-2168

If you would like information on additional payment options via credit card payments, recurring automatic withdrawals, or pay-by-phone, contact the PA SCDU Customer Service Unit at 1-877-PAS-SCDU.

VISA / Mastercard now accepted at 1-877-PAS-SCDU

**MONTHLY STATEMENT OF ACCOUNT**

PAYER MEMBER ID:  1422001172
AS OF:  08/05/2005
SSN:  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
AMOUNT DUE:  $828.93

| CASE ID # | CURRENT AMOUNT | ARREARS BALANCE |
|---|---|---|
| 144003882 | $515.16 | $8,229.62 |
| 165104344 | $87.00 | $1,163.68 |
| 715105047 | $226.77 | $4,015.49 |

Contact 1-800-829-1040 or www.irs.gov/eitc for more information on the IRS Earned Income Tax Credit (EITC) Program.

*[Handwritten:]* Petitioner Sever time for this cases Dated 12/15/04, See Case CA. No. 369-Erie Page 7 Aliedgment 2-A Duble Jeopady under the 5th Amendment   Exhibit #18-C

Access our on-line sevices at www.childsupport.state.pa.us

**Notice:**
Effective 1/6/03 all bank returns are being sent to CSI for private collection. These collection efforts can Include electronic collection from your account as well as traditional methods.

6 of 6