IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY L. HARRIS<br>　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN JAMES VESHECCO, et al<br>　　　　Respondents. | )<br>)<br>)<br>)　C.A. No. 05-111 ERIE<br>)<br>)<br>) |

O R D E R

AND NOW, this 4th day of December, 2007,

IT IS HEREBY ORDERED that Petitioner's motion "to revisit the issue of writ of habeas corpus" [Document # 11] is GRANTED. U.S. District Judge Sean J. McLaughlin has reopened this case.

IT IS HEREBY ORDERED that Petitioner file an amended petition for writ of habeas corpus fully alleging all of his grounds for habeas relief before January 10, 2008. Failure to comply with this order may result in the dismissal of this action for failure to prosecute.

IT IS FURTHER ORDERED that Respondents file a response to the amended petition before February 9, 2008.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

　　　　　　　　　　　　　　　　　　　S/ Susan Paradise Baxter
　　　　　　　　　　　　　　　　　　　SUSAN PARADISE BAXTER
　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge