AO 241
(Rev. 12/04)
(Rev. WD PA 11/06)

Page 2

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: Western District of PA |
|---|---|
| Name (under which you were convicted): COREY HARRIS | Docket or Case No.: 05-111E Amend (To be assigned by clerk) |
| Place of Confinement: Erie County Prison Erie PA, 16503 | Prisoner No.: ID 2428-Cell D-65 |
| Petitioner (include the name under which you were convicted): COREY HARRIS | Respondent (authorized person having custody of petitioner) v. WARRDEN James Veshecco Erie County Prison Erie PA, 16503 |
| The Attorney General of the State of Tom Corbett Pennsylvania |
| The District Attorney of the County of Erie, PA    Bradley H. Foulk | (county in which convicted) Erie County |
| Criminal docket or case number of your conviction: Case#: PACses# 715105 047, 165104344 |

If necessary, please attach additional paper. **DO NOT WRITE ON THE BACK** of this form.

**PETITION**

1. Name and location of court that entered the judgment of conviction you are challenging:
   Erie County Court of Common Pleas Domestic Relations Section of Erie County, 140 West 6th St Erie PA, 16501

2. (a) Date of the judgment of conviction (if you know): 12/21/07 or 11/21/07
   (b) Date of sentencing: 12/21/07 And Sentence In 12/15/04 for the Same Case.

3. Length of sentence: 12/15/04 was for 18 month 12/21/07 is for 3 months

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes  ☒ No N/A Civil only

5. Identify all crimes of which you were convicted and sentenced in this case: ON 12/15/04 was Sentence for 18 months for false Income Verication of Debt of Child-Support and arrears found in Contempt of Contempt of Court Twice IN 12/21/07 for the Same Case Number were time was Served Sentence to 3 months for Contempt of Court order.

6. (a) What was your plea? (Check one)
   ☒ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty        ☐ (4) Insanity plea

   No plea was Require
   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did

N/A

AO 241
(Rev. 12/04)
(Rev. WD PA 11/06)

Page 3

you plead guilty to and what did you plead not guilty to? __N/A__

___No Plea was require in this Support Contempt Only Civil matter.___

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☒ Judge only   No Trial was require Enforcement officer only and the Judge Sentence me.

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☒ Yes   ☐ No  Only was A Contempt of Court hearing. only

8. Did you appeal from the judgment of conviction?

☐ Yes   ☒ No   No Conviction Infront of Jury, Only Civil Support matter. No PCRA is required

9. If you did appeal, answer the following:

(a) Name of court: __Not require In Civil Support or Debts cases__

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

(g) Did you seek further review by a higher state court?   ☐ Yes  ☒ No  filed Civil Suit in State Court on Violation of Civil Rights.

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): __10383-2007 Civil Suit__

(3) Result: __Same Judge in Civil Suit, Sentence me on Civil Support this Support A Conflict of Interest. See Case 10383-2007__

(4) Date of result (if you know): __N/A__

(5) Citation to the case (if you know): __10383-2007 open?__

AO 241
(Rev. 12/04)
(Rev. WD PA 11/06)

Page 4

(6) Grounds raised: Violation of the Petitioner Constitutional Rights of the 4th Amend of Unreasonable Seizure of Person, and 5th of Double Jeopardy and Liberty of Freedom 8th, Cruel Punishment and Due Process, 6th Right to Counsel, 7th Right to Jury, 14th Due Process

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

No Conviction, only Sentence for Contempt of Court.

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: __N/A__

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
   ☐ Yes   ☒ No

(7) Result: _____

(8) Date of result (if you know): __N/A__

(b) If you filed any second petition, application, or motion, give the same information:

filed only A Civil Suit of Violation of Civil Rights See, Case # 10383-2007

AO 241 (Rev. 12/04)
(Rev. WD PA 11/06)

Page 5

(1) Name of court: __Not require only Civil Case No Crime Committed.__

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): __N/A__

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: _____

(8) Date of result (if you know): __N/A__

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

AO 241
(Rev. 12/04)
(Rev. WD PA 11/06)

Page 6

(7) Result: __N/A__

(8) Date of result (if you know): __N/A__

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:  ☐ Yes  ☒ No
(2) Second petition: ☐ Yes  ☒ No        Not require for civil support
(3) Third petition:  ☐ Yes  ☒ No        matters. only civil

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
__Only Civil Case, of Contempt of Court order.__

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: On the 4th, 5th, 6th, 7th, 8th, 14th Amend. Due Process of law and Unreasonable Seizure of Person, and Double Jeopardy See, Attachment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
On December 15, 2004 Petition was Sentence from the Same Contempt of Court Order that was on 12/21/07 Court Docket Number from 2004 this Support Double Jeopardy, And No Crime was Committed to Imprisonment the Petition that Support Unlawfully Custody, and 4th Amend. of Unreasonable Seizure of Person, and Violation of Due Process of law, to Incarcerated for A Civil matter were No Crime is Committed is Unconstitution to Jail for A Debt. See Breif

(b) If you did not exhaust your state remedies on Ground One, explain why: Time has Exceeded and time was Spent and Sentence in 12/15/04 and the Again on 12/21/07 for the Same Pacers Number Case, on Contempt of Court order of A Civil matter only No PCRA is Require for this Civil case

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No  Not require under
(2) If you did not raise this issue in your direct appeal, explain why: Time Exceeded       Stake of Civil matter
and was Not Criminal Case of Conviction only Civil matter of A Civil Debt of Child Support.

AO 241
(Rev. 12/04)
(Rev. WD PA 11/06)

Page 7

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☒ No   No Trial or Jury Conviction, only civil matter of Contempt of Court order.

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes  ☒ No
(4) Did you appeal from the denial of your motion or petition?   ☐ Yes  ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes  ☒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Time Exceeded Not require

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Time Exceeded from 12/15/04 Sentence, And is only Civil matter and Not A Criminal Case for Conviction. Does not meet the Eligibility for PCRA Relief, because It is only A Civil Case of Child-Support And No Crime was Committed

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: On April of 2005 filed for habeas corpus Relief but was release from Prison before the Court Can Grant Relief, Now being Confined on the Same Civil Contempt Docket Number, for only A Civil Case.

AO 241
(Rev. 12/04)
(Rev. WD PA 11/06)

Page 8

**GROUND TWO:** 14th Amend. the Petitioner Right to be heard, and to Present Supporting evidence or Papers At a fear time and Place

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Due Process of Law. the Courts did not give fear Notice of warning As to See If the Petitioner had the menes to pay any money, or Amant owe, for A Debt, without Due Process of Law, this Prison is holding the Petitioner Unlawfuly. Were No Crime was Committed And the Court order was only for A Civil matter of Contempt were Contempt is only If you are or were Infront of A Judge. Not A Contempt for matter outside of the Court.

(b) If you did not exhaust your state remedies on Ground Two, explain why: Time Exceeded, And Is only Civil matter were No Imprisment Is require Unreasonable Seizure of Person, Support Unlawfuly Custody

(c) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

   (2) If you did not raise this issue in your direct appeal, explain why: Time Exceeded And Not A Criminal offense Just A Civil matter Support A Civil offense, No Crime was Committed No Jail time for A Debt.

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☐ Yes   ☒ No   No trial or Jury was require only A Civil matter

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: N/A

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No
   (4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   N/A

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Time Exceeded And was only A Civil matter of Contempt and Not A Criminal offense.

Only Civil Were No time is Expose for A Debt.

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you:

have used to exhaust your state remedies on Ground Two   File motion in Court of Common Pleas in 2/2006 but was Denied Relief, Sued in ACVT Action for the False Income Verication but the Same Judge Preceded over the Child Support hearing, Rule in my Contempt order.

GROUND THREE:   6th Amend Right to Counsel, and 7th Right to Trial by A Jury, because I was Sentence Over 6 months in 12/15/04

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

And Now As of 12/21/07 I had No Right to Counsel in my Criminal Contempt of Court hearing, And No Right to A Jury or Trial by Jury, the Enforcement officer order the Judge to Sentence my to Prison for 3 month Per case on Contempt of Court order of Support, for only A Debt or for Not having Any money. Civil Contempt

(b) If you did not exhaust your state remedies on Ground Three, explain why:   N/A

(c)   Direct Appeal of Ground Three:

AO 241    Page 10
(Rev. 12/04)
**(Rev. WD PA 11/06)**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:  Not require for Civil Suport Case were No Crime was Committed, or for only A Debt. Unlawfuly Custody of A Civil matter.

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☒ No  The requirements was Not their, base on Trial or Conviction of A Criminal matter. Only Civil

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No
(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Time Exceeded and was only A Civil matter and Not A Criminal one. Now is being expose to the Same Chanrges Twice of Contempt of Court for A Debt.

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:  Filed Suit in Civil Court

%AO 241
(Rev. 12/04)
(Rev. WD PA 11/06)

Page 11

On the matter of fault and false Income Verication of allores and support order, open civil suit 10383-2807

**GROUND FOUR:** 8th Amendment of Cruel Punishment CASE NO: to Incorcerate for A Civil matter

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Do to Not having any money and to be thrown in Prison for a false Debt of Child Support IN this State of PA is unlawful and Violates the Rights of the Petitioner Ann Not to have any Bond Set and to be held for only A Civil matter of Contempt of Court and Sentence Twice for the same Contempt order in 12/15/04 and Now 12/21/07 is Unlawfuly

(b) If you did not exhaust your state remedies on Ground Four, explain why: Time Exceeded on the Case In State Cort, base on A Civil matter of Contempt the U.S. Cort hold the Rule of law and this claim Support A Criminal Act of the Respondents in Unlawfuly Custody.

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: Time Exceeded and was Server already back in 12/15/04 to 2/17/06

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No   Not require for civil matter of Support.

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): _____

AO 241                                                                                                    Page 12
(Rev. 12/04)
(Rev. WD PA 11/06)

    (3) Did you receive a hearing on your motion or petition?       ☐ Yes  ☒ No

    (4) Did you appeal from the denial of your motion or petition?   ☐ Yes  ☒ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes  ☒ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: __N/A__

    Docket or case number (if you know): __N/A__

    Date of the court's decision: __N/A__

    Result (attach a copy of the court's opinion or order, if available): __N/A__

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: __Only Civil matter that is Not require by U.S. Law of are Consitution of Civil matters.__

(e)  Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: __Filed A Reconsidation And was denied back on 12/15/04 and filed Civil Suit on this Issue in Court of Common Pleas but theirs A Conflict of Interest Resting on this Issue See Brife IN Support__

13.  Please answer these additional questions about the petition you are filing:

  (a)  Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes  ☒ No  Time Exceeded from 12/15/04

  If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: __the 4th 5th 14th and 8th 6th 7th Because as of Now their are reincarcerating me for the Same Civil Contempt order were I Server 14 months on this Same Doucket Number. see Brief__

  (b)  Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: NO __Action of Civil tort and Violation of Civil Rights.__

AO 241  
(Rev. 12/04)  
(Rev. WD PA 11/06)

Page 13

A Debt is only A Tarness of Payment No Imprisonment is needed, only A Civil matter of Contempt of being in Debt.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☒ Y   ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. Back in April 05 2005 there about I filed A application of writ of habeas Corpus but was Celose before the Cort will Grant it, back in 2/17/06, Now I motion to rellisit the issue, bacaus their are holding me in illegla Custody for the Same 12/15/04 Case Number of Contempt of Cort order.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Y   ☒ No   Only file civil suit, but was later Jail for it.

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. Court of Common Pleas, See Case No: 10383-2007 they Jail me for filing A Civil Suit on these matter At hand. See Petitione Civil Action Suit in Case No: 10383-2007 And the filed motions that was denied

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: "None" the Public Defender office stated that they only represented criminal case matters, not civil

(b) At arraignment and plea: None

(c) At trial: None

(d) At sentencing: None

(e) On appeal: None

AO 241  
(Rev. 12/04)  
(Rev. WD PA 11/06)

Page 14

(f) In any post-conviction proceeding: **None**

(g) On appeal from any ruling against you in a post-conviction proceeding: **None**

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: **12/15/04 and 12/21/07**

(c) Give the length of the other sentence: **18 months and 3 month run together**

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☒ No  **Only A civil Suit for Damages Impose**

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Becaus on 12/15/04 I was Sentence to 18 months for A Civil matter of Child-Sport, were No Crime was or has been Committed, Time was Server and Spent at the Erie County Prison, On the Same Docket Number, that Now is being Server Again on the Same Civil matter of Child Sport Contempt of Court order, As of 12/21/07 this Civil Case has become A Criminal Alledement of A Racketeering Influenced and Claims of Organize Crime End Currupt Organization Act for Incorcerated me for A Debt of Only A Civil matter that Impose No Imprisoment Under the U.S. Constitutional Law of this United States. See Brief in Support of this Writ of Habeas Corpus Relief. this is also Double Jeopardy of Twice being Expose to the Same Civil offense.

AO 241
(Rev. 12/04)
(Rev. WD PA 11/06)

Page 15

And, Unreasonable Seizure of Person Without Reason, and ~~Such~~ 14th Amendment of Due Process of Law being Violated, See Brief in Support.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: To be release from Erie Prison on Unlawful Custody, And Damages Cause business Interuptions of Petitioner livelyhood, Punitive Damages, Monetary Damages, Education Disruption, And Business Disruption, Civil Suit Disruption of Cases-10313-2007 Mentally And Physically, interferences of Children livelyhood in Petitioner Raiseing of Children.

or any other relief to which petitioner may be entitled.

_Corey Harris_, Pro SE
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __12/31/07__ (month, date, year).