16501
ERIE PA
31
2007
USPS
ERIE PA 30

U.S. POSTAGE
ERIE, PA
16501
JAN 02 08
AMOUNT
$1.03
00052505-15

15230

0000

UNITED STATES
POSTAL SERVICE

Corey Harris
P.O. Box 3618
Erie PA, 16508

Clerk, United States
District Court for the
Western District of
Pittsburgh, Pa 16230