# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY HARRIS, PRO SE Petitioner | CA NO: 05-111-Erie U.S. Judge McLaughlin |
| VS. **SCANNED** | U.S. MJ Susan P. Baxter |
| WARRDEN JAMES VESHECCO, AND DOMESTIC RELATIONS SECTION et al, Erie County, Respondents. | Brief IN Support of Habeas Corpus Relief. Amend Petition |

Writ of Habeas Corpus Collateral Review to be Release From Incarceration:

Brief IN Support of Petitioner Claim of Retaliation of his Civil Tort Action Suit, IN the Court of Common Pleas of Defendants Domestic Relations Section et al, of Erie County, PA, Civil Case No: 10383-2007 on Claims of Arrears and flase Income Verication of Child-Support and flase 12/15/04 Imprisement on Constitutional Violation of the 4th, 5th, 6th, 7th, 8th, 14th Amendment Rights of Petitioner, Corey Harris. Were and Presently are being Violated and being held unlawfuly at the Erie County Prison, IN Erie Pa, IN Support of the following: Under the 4th Amendment Unreasonable Seizure of Person.

1) Petitioner Moves this Honorable Court of An Evidentiary Hearing on the Issue of Racketeering Influenced and claims of Organize Crime and Corrupt Organizations Act, of Domestic Relations Section of Erie County, that Goven Child-Support Enforcement under Pa.R.C.P. 23 And to Incarcerated for A Civil matter Contempt of Court order, In which is only A Civil Offense that Impose No Imprisonment were No Crime has been Committed and being held unlawfuly at the Erie County Prison with out Due Process of Law, or Bond "Yes being held without BOND."

2) Petitioner, Petition this Honorable Court of A Evidentiary Hearing, on the Issue of New matters, under F.R.C.P. that Support A Criminal Conspiracy from the Commonwealth Court of Common Pleas of Erie County Domestic Relations Section, In their Enforcement officers of Child-Support Enforcement And the Court of Common Pleas "DRS" who then Incarcerated for a Civil Debt Without giving the Defendant Due Process of Law, under the 14th Amendment and or Right to Counsel under the 6th Amendment of the Constitution doing their Criminal Contempt of Court hearings, Supports An 8th Amendment Violation As well Cruel Punishment by Incarceration of the Petitioner for the offense over Again.

3.)

The Domestic Relations Section of the Court of Common Pleas Civil Division of Child Support has violated the Petitioner Corey Harris, 6th Amend Right to Counsel, by ordering Party to Attend A Support Confence and ordering money, and if money not Paid, or if Confence is missed by the Defendant the Party then is held in Contempt of Court, and A beach warrant is issue for your Arrest to being Secvering your Sentences, Per case 3 months Sentence were No Crime was committed, this supports A Violation of the 14th Amendment And 4th Amendment Rights of the Petitioner Corey Harris. Also the 5th Amendment right

4.)

Petitioner states, when appeachioned by the Enforcement officer or County Sheriff you are then brought infront of the Court of Common Pleas Judge of the Civil Divion of Support, who then allow the Domestic Relations Section Enforcement officer to Prosecute the Defendant. In which in this case Prosecute the Petitioner and Request that he be held in Contempt of Court order, for arrears and to be order to Prison for Contempt of Court order. And the Court of Common Pleas will then Grant the Enforcement officer request, and Sentence the Petitioner to Prison, for 3 months Per Case without Due Process of Law,

Ano Violation, of the Petitioner 4th Amendment Right of Unreasonable Seizure of Person, Were No Crime has been Committed, and without Counsel Present through the Erie County Public Defenders office, who States that they only Defend Criminal Cases and not Civil matters of Support or Civil Contempt hearings, In which this process Violates the 6th Amendment Right to Counsel by the Erie County Court of Common Pleas of the Domestic Relations Section

Petitioner states, that the Erie County Court of Common Pleas Criminal Contempt Court Process of Contempts Violates the American Bar Association Standards (ABA) 6-1.1.(b) and the Judge Decision is Not base on the Particular facts of the Case, but only to allow the Child Support Enforcement officer to Prosecute the defendant Without Authorization from the Pennsylvania Bar Association, for the Domestic Relations Section Enforcement officer to Practice Law, Without License, from PA ABA to Practice Law, And or to Prosecute. This is Clearly UnAuthorize Practice of Law from the Respondents in this Petition; And Support A Double Jeopardy Claim, And Deprived of his Liberty to be free from Unlawfully Custody; At the Erie County Prison here in Erie PA,

5.)

Petitioner states for the "DRS" not to be License to Prosecute. Provides a Solid link between the Defendant, and the claims of Criminal Contempt of Court order. Charged is a Casting doubt as to the Court of Common Pleas Domestic Relations Section, Credibility of Pa. R.C.P. 23. Court Performances is to be Evaluated by this U.S. District Court As Organize Crime and Currupt Organizations Act And Petitioner Moves this Court to Allow him to bring this Case Infront of A federal Grand Jury AS Prose Petitioner, Perspectively at the time of the alleged Court of Common Pleas Criminal Contempt orders thats handed down by the Respondents without given Due Process of Law, who are working together to Incarcerated the Petitioner on matters of Civil Contempt of Court. this Supports An Error of Law. In light of all the Above Circumstances, and the standard of Review is highly within this Courts Violation of the 5th Amendment of Double Jeopardy, Deferential, See Id at 689. 104 S.ct. at 2065 also to Support a 5th Amend. Issue. And his Liberty to be free from Unlawfuly Custody.

6.)

In Support of Petitioner, Retaliation Claim, the Court unprofessional Conduct from the result of the 12/21/07 Proceedings, would have been different, if the defendant had the opputunity to litigate his Civil Suit of the 4th, 5th, and 14th Amendment Claims. This district Court Should find that although the Petitioner had been deprived of a fair opportunity to litigate his fourth Amendment Claim, this Support Cause for this U.S. District Court to Grant the Petitioner Request for Relief from Custody at the Erie County Prison in Erie PA.

A Petitioner is Entitled to an Evidentiary hearing in federal Court if he alleges facts which if Proven, would Entitle him to Relief were fore Petitioner, Pray that this Honorable Court Grant Petitioner, Petition for Relief and Relase him from Custody in Support of his writ of habeus Coropus, A mere showing of Non Compliance with a Court order, or even Misconduct, is never Sufficient alone to Prove Civil Contempt. See <u>Lachat v. Hinchcliffe</u>, 769 A.2d 481, Super. (2001. Contempt.).

7

7.) Petitioner Request to move this Court of An Independent Investigation by the U.S. Justice Department by, why the Petitioner did not have A Right to Counsel by the Erie County Public Defender office," is Supports An fundamental Miscarriage of Justice that failed to abide by a state Procedural rule, to appoint Counsel when a Party is Proven to be Indigent. This Court owes A Duty of loyalty that Supports A Meritorious Defense that Should be heard Infront of A Federal Grand Jury, under Currupt organization Act of organized Crimes, for faslely Alledging A Criminal Contempt of Court order without being Infront of the Judge to be in Contempt, In which their is only A Claim of Indrict Criminal Contempt from matter outside of the Court of Common Pleas. the Respondents Action Supports the Act or an Instance of Extorting the "illegal use of one's official Position or Powers to obtain Property, fund, or Partronage, from the Petitioner, by intimidation of Money from A Father thats at A Income Proviety level, who Can't afford an Attorney, when the Respondents Know, that the Public Defenders office will not Represent the Petitioner, this meets the effective Cansel Standard, of the Erie County Domestic Relations Section, and the Court of Common Pleas, Erie County Public Defenders office 6th Amendment Right Violation.