IMPORTANT NOTICE TO PRISONER: RETURN THIS FORM TO THE
CLERK'S OFFICE ALONG WITH YOUR COMPLAINT AND SIGN EITHER
PART 1 OR PART 2
(Complete only one section of this Form)

COREY HARRIS, PROSE )
)
Plaintiff(s) )   Amend
)
vs. )   Case No. 05-111-E
WARDEN James Veshecco et al, )
)
Defendant(s) )

PART 1: CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: 12/31/07          Corey Harris, PROSE
                        Signature

            Print Name: Corey Harris

-------------------------------------------------------------

PART 2: DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Date:_____          _____

            Print Name: _____