IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY L. HARRIS,** | : | |
| Petitioner, | : | C.A. No. 05-111Erie |
| | : | |
| v. | : | |
| | : | **Magistrate Judge Baxter** |
| **WARDEN JAMES VESHECCO, et al.,** | : | |
| Respondents | : | Electronically Filed |
| | : | |

## ORDER OF COURT

**AND NOW,** this ___ day of _____, 2008, based upon the foregoing Motion to Dismiss Amended Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus, it is hereby ordered that said Motion is granted and Petitioner's Amended Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus is dismissed.

_____
U.S. District Court Judge