# In the Court of Common Pleas of   ERIE   County, Pennsylvania
## DOMESTIC RELATIONS SECTION

KNIOKA C. MCLAURIN                 ) Docket Number     NS200202708
           Plaintiff              )

vs.                              ) PACSES Case Number   715105047

COREY L. HARRIS                 )
          Defendant           ) Other State ID Number

## ORDER

**AND NOW,** to wit, on this     20TH DAY OF MARCH, 2006    **IT IS HEREBY**

**ORDERED** that the support order in this case be ◯ Vacated or ⊗ Suspended or

◯ Terminated without prejudice or ◯ Terminated and Vacated,

effective     2/21/06        , due to:

PURSUANT TO MEDICAL DOCUMENTATION PROVIDED BY THE DEFENDANT. CASE TO BE
ADMINISTRATIVELY REVIEWED IN FEBRUARY 2007 AND SHALL BE SCHEDULED FOR REVIEW
UPON DEFENDANT'S RELEASE TO WORK. TANF ARREARS IN THE AMOUNT OF $5004.89 AND
COURT COSTS IN THE AMOUNT OF $135.00 ARE TO STAND.

THIS TEMPORARY ORDER OF COURT SHALL BECOME FINAL IN TEN (10) DAYS UNLESS A
DEMAND FOR HEARING IS FILED WITHIN SAID TEN (10) DAYS.

Stephanie K. Kaliszewski
Conference Officer

**BY THE COURT:**

_____
                                 **JUDGE**

Service Type M

Form OE-504
Worker ID 25501

**In the Court of Common Pleas of** ERIE County, Pennsylvania

**DOMESTIC RELATIONS SECTION**

| | | |
|---|---|---|
| MALIKAH Y. NIXON | ) Docket Number | NS200200563 |
| Plaintiff | ) | |
| vs. | ) PACSES Case Number | 165104344 |
| COREY L. HARRIS | ) | |
| Defendant | ) Other State ID Number | 00864862 |

## ORDER

**AND NOW,** to wit, on this 20TH DAY OF MARCH, 2006 **IT IS HEREBY**

**ORDERED** that the support order in this case be ⃝ Vacated or ⊗ Suspended or

⃝ Terminated without prejudice or ⃝ Terminated and Vacated,

effective 2/21/06 , due to:

PURSUANT TO MEDICAL DOCUMENTATION PROVIDED BY DEFENDANT.  CASE TO BE
ADMINISTRATIVELY REVIEWED IN FEBRUARY 2007 AND SHALL BE SCHEDULED FOR REVIEW
UPON DEFENDANT'S RELEASE TO WORK.  NON-TANF ARREARS IN THE AMOUNT OF $1445.11
AND COURT COSTS IN THE AMOUNT OF $90.00 ARE TO STAND.

THIS TEMPORARY ORDER OF COURT SHALL BECOME FINAL IN TWENTY (20) DAYS UNLESS A
DEMAND FOR HEARING IS FILED WITHIN SAID TWENTY (20) DAYS.

Stephanie K. Keliszewski
Conference Officer

BY THE COURT:

JUDGE

Service Type M

Form OE-504
Worker ID 25501