# PACSES - PRODUCTION - [ENFD]

File  Field Options  Help  Navigation Menu  PACSES Help

Func: [ ]    **ENFD**    Enforcement Diary    TACCONJA    01/29/08    15:48

CASE ID: 165104344    NIXON, MALIKAH Y.    V.    HARRIS, COREY L.
ORDER ID: NS20020563
FIN  FINANCIAL
Case Cat: S    Case Type: N    Case Status: O    Enf Status: R    As of: 12/04/07
Docket Num: NS200200563

----------- Activity -------------                                        -------- Reason --------

| START DT | Rem Code | Code | Description | Source | Type/ID | Rel | Wrkr ID | Cd | | Description |
| Date Due | | | Date Resolved | Assoc | ID/Type | | Orig ID | Dkt | Note | Adr Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/07 | SDEC | N533X | NT DF APPEAR | | | D | 25511 | C | | AUTOMATIC |
| 10/31/07 | | | 10/31/07 | 1422001172 | 1 | | | | | M    M |
| 10/31/07 | | OREVU | REVIEW ENF | | | | 25511 | | OH | OTHER |
| 11/21/07 | | | 10/31/07 | | | | | | | |
| 10/31/07 | NNCF | WNNCF | WAIT RSVP NF | | | | 25520 | C | RN | NO RESPONSE |
| 11/20/07 | | | 11/21/07 | | | | 25511 | | | |
| 10/31/07 | NNCF | NSD10 | DEFT COPY | | | D | 25511 | C | | AUTOMATIC |
| 10/31/07 | | | 10/31/07 | 1422001172 | 1 | | | | | M    M |

S--#0003:COMMAND COMPLETED

[BACK] [PREV] [NEXT] [ADD] [CHANGE] [ARCHIVE]

```
PACSES - PRODUCTION - [ENFD]
File  Field Options  Help  Navigation Menu  PACSES Help

Func: [        ]        ENFD              Enforcement Diary                 TACCONJA    01/29/08   15:47

CASE ID:    715105047              MCLAURIN, KNIOKA C.        V.   HARRIS, COREY L.
ORDER ID:   NS20022708
            FIN    FINANCIAL
Case Cat:   S    Case Type:  N    Case Status:  O    Enf Status:  R    As of:  12/04/07
Docket Num: NS200202708
```

| START DT / Date Due | Rem Code | Code | Description / Date Resolved | Source / Assoc | Type/ID ID/Type | Rel | Wrkr ID / Orig ID | Cd Dkt | Note | Description / Adr Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/07 | SDEC | N535X | NTC CONF PL | | | P | 25511 | C | | AUTOMATIC | |
| 10/31/07 | | | 10/31/07 | 5581001150 | 1 | | | | Y | M | M |
| 10/31/07 | SDEC | N533X | NT DF APPEAR | | | D | 25511 | C | | AUTOMATIC | |
| 10/31/07 | | | 10/31/07 | 1422001172 | 1 | | | | | M | M |
| 10/31/07 | | | OREVU | REVIEW ENF | | | | 25511 | C | OH | OTHER |
| 11/21/07 | | | 10/31/07 | | | | | | | | |
| 10/31/07 | NNCF | WNNCF | WAIT RSVP NF | | | | 25520 | C | RN | NO RESPONSE |
| 11/20/07 | | | 11/21/07 | | | | 25511 | | | | |

```
S--#0003:COMMAND COMPLETED

[BACK] [PREV] [NEXT] [ADD] [CHANGE] [ARCHIVE]
```