IN THE COURT OF COMMNON PLEAS
OF ERIE COUNTY PENNSYVIANA

DOMESTIC RELATIONS
SECTION
ERIE ..., ...
2007 NOV 20  P 4: 12

COREY HARRIS
    DEFENDANT .

VS.

Domestic Relations Section, in
Support of MALIKA NIXON et al,

    PLAINTIFFS

DOCKET NO:
NS 200200563
NS 200202708

## MOTION FOR CONTINUES

Petitioner, Corey Harris, Moves for a Continues. in the Court of Common Pleas Domestic Relation Section.

Petitioner Corey Harris has a Support Conference for 2004 Arrearages, in front of a Support Enforcement Officer on November 21, 2007 at the times of 8:30 and 9:00am in front of a Conference Officer of the Domestic Relation Section.

Petitioner Moves the Court to Continue of this November 21, 2007 hearing as the issue of the alleged arrears is presently being legated in the Court of Common Pleas as Civil Action Case No: 10383-2007, Petitioner Request that this Conference hearing be Continues until Petitioner Civil Action is resolved in the Honorable Court.

Respectfully yours,

Cory Harris

11/15/07
Motion DENIED

Exhibits K1 1 of 2

Corey Harris

Address

P.O. Box 3618

Erie Pa, 16508

(814) 340- 0051