In the Court of Common Pleas of  ERIE  County, Pennsylvania
DOMESTIC RELATIONS SECTION

| | | | |
|---|---|---|---|
| MALIKAH Y. NIXON | Plaintiff | ) Docket Number | NS200200563 |
| vs. | | ) PACSES Case Number | 165104344 |
| COREY L. HARRIS | Defendant | ) Other State ID Number | 00864862 |

## BENCH WARRANT - DEFENDANT

**AND NOW,** this  21ST DAY OF NOVEMBER, 2007  the Sheriff of ERIE County, or any constable, or police officer, or other law enforcement officer is hereby ordered to take COREY L. HARRIS  residing at

PO BOX 3618, ERIE, PA. 16508-0618-18

into custody for appearance before this Court.

This Bench Warrant is issued because it appears that

COREY L. HARRIS  has failed to appear, after notice, before the Court for a scheduled conference and/or hearing.

We command you, the arresting officer, forthwith to convey and deliver the party into the custody of the Court of Common Pleas of  ERIE  County, at

ERIE COUNTY DRS
140 WEST SIXTH STREET, ERIE, PA. 16501; THE DEFENDANT SHALL BE BROUGHT BEFORE THE HONORABLE JUDGE WILLIAM R. CUNNINGHAM.

for a hearing.

### Descriptive Information

Name: COREY L. HARRIS
SSN: ▮▮▮
Sex: M
DOB: ▮▮▮
Age: 37 years
Height: 5 ft 07 inches
Weight: 155 lbs
Alias:

Race: B
Eyes: BN
Hair: BK
Distinguishing features (scars, tattoos, facial hair, etc.):

Telephone: (814) 323-7342

Last Known Employer:

Service Type M

Form EN-048 Rev. 3
Worker ID 25431

| | | |
|---|---|---|
| NIXON | V. HARRIS | PACSES Case Number: 165104344 |

### Descriptive Information - Continued

Places Frequented:

You are further commanded that if the Court is unavailable, the party may be held in the County Jail until the Court is opened for business, at which time the party shall be promptly conveyed and delivered into the custody of the Court at: ERIE COUNTY DRS

140 WEST SIXTH STREET, ERIE, PA. 16501; THE DEFENDANT SHALL BE BROUGHT BEFORE THE HONORABLE JUDGE WILLIAM R. CUNNINGHAM.

for hearing.

The authority in charge of the County Jail shall notify the Sheriff's Office and the Director of the Domestic Relations Section forthwith that the party is being held pursuant to the Bench Warrant.

Under no circumstances may the party be held in the county jail of the county that issued this bench warrant for more than seventy-two hours or the close of the next business day if the 72 hours expires on a non-business day. See Pa.R.Crim.P 150(A)(5).

Bail in this matter shall be set as follows:

☐ No bail
　Stipulations - _____

☐ Bail to be set in the amount of $ 0.00

11-21-07

_____  　　BY THE COURT:
Date  　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE

Served by: _____
Date and Time Served: _____
Type of Service: _____
Warrant Number: _____

Page 2 of 2  　　　　　　　　　　Form EN-048 Rev. 3
Service Type M  　　　　　　　　　　Worker ID 25431

**In the Court of Common Pleas of** ERIE **County, Pennsylvania**
**DOMESTIC RELATIONS SECTION**

| | |
|---|---|
| KNIOKA C. MCLAURIN | ) Docket Number    NS200202708 |
| Plaintiff | ) |
| vs. | ) PACSES Case Number    715105047 |
| COREY L. HARRIS | ) |
| Defendant | ) Other State ID Number |

## BENCH WARRANT - DEFENDANT

**AND NOW**, this   21ST DAY OF NOVEMBER, 2007   the Sheriff of ERIE County, or any constable, or police officer, or other law enforcement officer is hereby ordered to take

COREY L. HARRIS                                     residing at

PO BOX 3618, ERIE, PA. 16508-0618-18

into custody for appearance before this Court.

This Bench Warrant is issued because it appears that

COREY L. HARRIS                              has failed to appear, after notice, before the Court for a scheduled conference and/or hearing.

We command you, the arresting officer, forthwith to convey and deliver the party into the custody of the Court of Common Pleas of        ERIE         County, at

ERIE COUNTY DRS
140 WEST SIXTH STREET, ERIE, PA. 16501; THE DEFENDANT SHALL BE BROUGHT BEFORE THE HONORABLE JUDGE WILLIAM R. CUNNINGHAM.

for a hearing.

### Descriptive Information

Name: COREY L. HARRIS
SSN: ▇▇▇▇▇▇▇
Sex: M
DOB: ▇▇▇▇▇▇
Age: 37   years
Height: 5 ft 07 inches
Weight: 155 lbs
Alias:

Race: B
Eyes: BN
Hair: BK
Distinguishing features (scars, tattoos, facial hair, etc.):


Telephone: (814) 323-7342

Last Known Employer:

Service Type M

Form EN-048 Rev. 3
Worker ID  25431

MCLAURIN     v. HARRIS     PACSES Case Number: 715105047

**Descriptive Information - Continued**

Places Frequented:

You are further commanded that if the Court is unavailable, the party may be held in the County Jail until the Court is opened for business, at which time the party shall be promptly conveyed and delivered into the custody of the Court at: ERIE COUNTY DRS

140 WEST SIXTH STREET, ERIE, PA. 16501; THE DEFENDANT SHALL BE BROUGHT BEFORE THE HONORABLE JUDGE WILLIAM R. CUNNINGHAM.

for hearing.

The authority in charge of the County Jail shall notify the Sheriff's Office and the Director of the Domestic Relations Section forthwith that the party is being held pursuant to the Bench Warrant.

Under no circumstances may the party be held in the county jail of the county that issued this bench warrant for more than seventy-two hours or the close of the next business day if the 72 hours expires on a non-business day. See Pa.R.Crim.P 150(A)(5).

Bail in this matter shall be set as follows:

☐ No bail
    Stipulations - _____

_____

☐ Bail to be set in the amount of $ 0.00

BY THE COURT:

1-21-07
_____     _____
Date                      JUDGE

Served by: _____

Date and Time Served: _____

Type of Service: _____

Warrant Number: _____

Page 2 of 2          Form EN-048 Rev. 3

Service Type M          Worker ID 25431