

PACSES - PRODUCTION - [DHIS]

File Field Options Help Navigation Menu PACSES Help

Func: DHIS Docket History TACCONJA 01/15/08 16:13

COUNTY: 25 ERIE

DOCKET NUM: NS200202708 Multiple Cases: N

| Date / Case ID: | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 12/21/07 | N004 | VACATE BW-DF | | | GAM |
| 715105047 | | MCLAURIN, KNIOKA C. | HARRIS, COREY L. | S | O |

ORDER TO VACATE A BENCH WARRANT AGAINST THE DEFENDANT ISSUED

| Date / Case ID: | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 12/21/07 | N003 | APPLY TO VAC BW-DF | | | GAM |
| 715105047 | | MCLAURIN, KNIOKA C. | HARRIS, COREY L. | S | O |

APPLICATION TO VACATE A BENCH WARRANT WAS FILED AGAINST THE DEFENDANT

| Date / Case ID: | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 12/21/07 | MISC | MISC DOCKET ENTRY | WILLIAM CUNNINGHAM | | 25510 |
| 715105047 | | MCLAURIN, KNIOKA C. | HARRIS, COREY L. | S | O |

12.21.07/DEF PU ON 72 HR BW/FIC, FTP/DEF INCARCERATED FOR 3 MONTHS,
CONCURRENT TO CASE 165104344 OR PAY PURGE OF 500.00 PLUS COSTS AND FEES

S--#0003:COMMAND COMPLETED

BACK PREV NEXT ADD CHANGE

PACSES - PRODUCTION - [DHIS]

File Field Options Help Navigation Menu PACSES Help

Func: DHIS Docket History TACCONJA 01/15/08 16:13

COUNTY: 25 ERIE

DOCKET NUM: NS200202708 Multiple Cases: N

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 11/26/07 | MISC | MISC DOCKET ENTRY | WILLIAM CUNNINGHAM | | 25510 |
| 715105047 | | MCLAURIN, KNIOKA C. | HARRIS, COREY L. | S | O |

PETITIONER, COREY HARRIS, FILES MTN FOR CONTINUANCE OF 11/21/07 SUPPORT ENF CONFERENCE STATING THAT A HEARING RE: ALLEGED ARREARS IS PRESENTLY BEING

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 11/21/07 | E011 | GENERIC ORDER | WILLIAM CUNNINGHAM | | 25200 |
| 715105047 | | MCLAURIN, KNIOKA C. | HARRIS, COREY L. | S | O |

11/21/07 DEF FAILED TO APPEAR FOR SCHEDULED ENF CONF.
PER JUDGE WRC BENCH WARRANT TO BE ISSUED.

| Date / Case ID | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 11/21/07 | N002 | BENCH WARRANT-DF | | | GAM |
| 715105047 | | MCLAURIN, KNIOKA C. | HARRIS, COREY L. | S | O |

BENCH WARRANT ISSUED AGAINST THE DEFENDANT

S--#0003:COMMAND COMPLETED

BACK PREV NEXT ADD CHANGE

PACSES - PRODUCTION - [DHIS]

File Field Options Help Navigation Menu PACSES Help

Func: DHIS Docket History TACCONJA 01/15/08 16:13

COUNTY: 25 ERIE

DOCKET NUM: NS200202708 Multiple Cases: N

| Date / Case ID: | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 11/21/07 | N046 | APPLY FOR BW-DF | | | GAM |
| 715105047 | | MCLAURIN, KNIOKA C. | HARRIS, COREY L. | S | O |

REQUEST FOR A HEARING TO ISSUE A BENCH WARRANT AGAINST THE DEFENDANT WAS FILED

| Date / Case ID: | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 11/20/07 | MISC | MISC DOCKET ENTRY | | | GAM |
| 715105047 | | MCLAURIN, KNIOKA C. | HARRIS, COREY L. | S | O |

MISCELLANEOUS DOCKETING TEXT

| Date / Case ID: | Code | Description / Plaintiff | Judge / Defendant | Category | Worker / Status |
|---|---|---|---|---|---|
| 05/04/07 | N022 | UC MOD ATTACHMENT | | | GAM |
| 715105047 | | MCLAURIN, KNIOKA C. | HARRIS, COREY L. | S | O |

UNEMPLOYMENT COMPENSATION ATTACHMENT ORDER TO MODIFY ISSUED

S--#0003:COMMAND COMPLETED

BACK PREV NEXT ADD CHANGE