```
PACSES - PRODUCTION - [DHIS]                                              _ □ ×
File  Field Options  Help  Navigation Menu  PACSES Help

   Func: [          ]       DHIS         Docket History      TACCONJA  01/15/08  16:05

   COUNTY:          [25]  ERIE
   DOCKET NUM:   NS200200563                  Multiple Cases:        [N]
     Date    Code        Description            Judge                      Worker
     Case ID:            Plaintiff              Defendant     Category     Status
   12/21/07   MISC    MISC DOCKET ENTRY      WILLIAM CUNNINGHAM             25510
   165104344          NIXON, MALIKAH Y.      HARRIS, COREY L.      S           O
   12/21/07/DEF PU ON 72 HR BW/FIC, FTP/DEF INCARCERATED FOR 3 MONTHS,
   CONCURRENT TO 175105047/PURGE 500.00 PLUS COSTS AND FEES/WRC/ALC

   12/20/07   N031    ORD TRANSPORT-DF                                      GAM
   165104344          NIXON, MALIKAH Y.      HARRIS, COREY L.      S           O
   SHERIFF ORDERED TO TRANSPORT THE DEFENDANT TO THE DRS FOR A CONFERENCE
   OR HEARING DATE

   11/26/07   MISC    MISC DOCKET ENTRY      WILLIAM CUNNINGHAM             25510
   165104344          NIXON, MALIKAH Y.      HARRIS, COREY L.      S           O
   PETITIONER, COREY HARRIS, FILES MTN FOR CONTINUANCE OF 11/21/07 SUPPORT ENF
   CONFERENCE STATING THAT A HEARING RE: ALLEGED ARREARS IS PRESENTLY BEING

  S--#0003: COMMAND COMPLETED

  BACK   PREV   NEXT   ADD   CHANGE
```

