In the Court of Common Pleas of Erie County, Pennsylvania
DOMESTIC RELATIONS SECTION

| | |
|---|---|
| MALIKAH Y. NIXON<br>　　　　Plaintiff<br>Vs.<br>COREY L. HARRIS<br>　　　　Defendant | ) Docket Number   NS200200563<br>)<br>) PACSES Case Number   165104344<br>)<br>)<br>)<br>) Other State ID Number |

SS# ███████

### Order

AND NOW to wit, this 21st day of December, 2007, it is hereby Ordered that: after hearing, the defendant is found in contempt of court for willfully failing to:

- ✓ pay support as ordered
- ✓ appear as ordered/respond to notices
- ___ participate in TEP
- ___ honor agreement(s)
- ___ report changes in employment/ address/income
- ___ other _____

It is hereby ordered, adjudged and decreed that **COREY L. HARRIS** shall be incarcerated in the Erie County Prison for a period of __3__ month(s)/~~days~~ or a purge in the amount of _500 + costs + fees_.

**It is further ordered, the defendant's enrollment into the Work Release Program and/or Early Release Program is indicated below:**

- ✓ Work Release Program permissible, if qualified.　　___ **NO WORK RELEASE**
- ___ Early Release Program permissible, if qualified.　　✓ **NO EARLY RELEASE**
- ___ Electronic Monitoring permissible, if qualified.　　✓ **NO ELECTRONIC MONITORING**

**Other conditions as follows:** _Concurrent to N/S 200202708_

It is further ordered, adjudged and decreed the defendant shall pay $50.00 in contempt fees and all costs outstanding to the Erie County Domestic Relations, Support Finance Office.

　　　　　　　　　　By the court,

　　　　　　　　　　_____
　　　　　　　　　　WILLIAM R. CUNNINGHAM, JUDGE

---

### RELEASE

I, _____, Prison Liaison from the Domestic Relations Section

In the Court of Common Pleas of Erie County, Pennsylvania
DOMESTIC RELATIONS SECTION

| | |
|---|---|
| KNIOKA C. MCLAURIN<br>        Plaintiff<br>Vs.<br>COREY L. HARRIS<br>        Defendant | ) Docket Number   NS200202708<br>)<br>) PACSES Case Number   715105047<br>)<br>)<br>) Other State ID Number |

SS# ■■■■■

## Order

**AND NOW** to wit, this 21st day of December, 2007, it is hereby Ordered that: after hearing, the defendant is found in contempt of court for willfully failing to:

✓ pay support as ordered  
✓ appear as ordered/respond to notices  
___ participate in TEP  

___ honor agreement(s)  
___ report changes in employment/address/income  
___ other _____  

It is hereby ordered, adjudged and decreed that **COREY L. HARRIS** shall be incarcerated in the Erie County Prison for a period of __3__ month(s)/days or a purge in the amount of __500.00 PLUS COSTS AND FEES__

**It is further ordered, the defendant's enrollment into the Work Release Program and/or Early Release Program is indicated below:**

✓ Work Release Program permissible, if qualified.      ___ NO WORK RELEASE  
___ Early Release Program permissible, if qualified.      ✓ NO EARLY RELEASE  
___ Electronic Monitoring permissible, if qualified.      ✓ NO ELECTRONIC MONITORING  

**Other conditions as follows:**

It is further ordered, adjudged and decreed the defendant shall pay $50.00 in contempt fees and all costs outstanding to the Erie County Domestic Relations, Support Finance Office.

By the court,

_____  
WILLIAM R. CUNNINGHAM, JUDGE

---

### RELEASE

I, _____, Prison Liaison from the Domestic Relations Section verify the above named defendant satisfied the conditions set forth by paying the purge of $_____ or served _____ months, as sentenced. Inasmuch as he/she is to be automatically released from prison, if there are no other outstanding warrants against him/her.

_____          _____  
Domestic Relations Prison Liaison          Date