In the Court of Common Pleas of    Erie    County, Pennsylvania
## DOMESTIC RELATIONS SECTION

| | |
|---|---|
| MALIKAH Y. NIXON<br>        Plaintiff<br>Vs.<br><br>COREY L. HARRIS<br>        Defendant | ) Docket Number   NS200200563<br>)<br>) PACSES Case Number   165104344<br>)<br>)<br>) Other State ID Number |

SS# ▮▮▮▮▮

### Order

AND NOW to wit, this 21st day of December, 2007, it is hereby Ordered that: after hearing, the defendant is found in contempt of court for willfully failing to:

- ✓ pay support as ordered
- ✓ appear as ordered/respond to notices
- ___ participate in TEP

- ___ honor agreement(s)
- ___ report changes in employment/address/income
- ___ other _____

It is hereby ordered, adjudged and decreed that **COREY L. HARRIS** shall be incarcerated in the Erie County Prison for a period of __3__ month(s)/~~days~~ or a purge in the amount of __500 + COSTS + FEES__.

It is further ordered, the defendant's enrollment into the Work Release Program and/or Early Release Program is indicated below:

- ✓ Work Release Program permissible, if qualified.      ___ **NO WORK RELEASE**
- ___ Early Release Program permissible, if qualified.   ✓ **NO EARLY RELEASE**
- ___ Electronic Monitoring permissible, if qualified.   ✓ **NO ELECTRONIC MONITORING**

Other conditions as follows:   CONCURRENT TO N/S 200202708

It is further ordered, adjudged and decreed the defendant shall pay $50.00 in contempt fees and all costs outstanding to the Erie County Domestic Relations, Support Finance Office.

By the court,

_____
WILLIAM R. CUNNINGHAM, JUDGE

(RELEASE)

I, __Carl Rider__, Prison Liaison from the Domestic Relations Section verify the above named defendant satisfied the conditions set forth by paying the purge of $_____ or served ____ months, as sentenced. Inasmuch as he/she is to be automatically released from prison, if there are no other outstanding warrants against him/her.

__Carl Rider__        __12/31/07__
Domestic Relations Prison Liaison        Date

**In the Court of Common Pleas of Erie County, Pennsylvania**
**DOMESTIC RELATIONS SECTION**

KNIOKA C. MCLAURIN ) Docket Number   NS200202708
          Plaintiff )
Vs. )  PACSES Case Number   715105047
  )
COREY L. HARRIS )
          Defendant ) Other State ID Number

SS# ███████

## Order

AND NOW to wit, this 21ˢᵗ day of December, 2007, it is hereby Ordered that: after hearing, the defendant is found in contempt of court for willfully failing to:

- ✓ pay support as ordered
- ✓ appear as ordered/respond to notices
- ___ participate in TEP
- ___ honor agreement(s)
- ___ report changes in employment/address/income
- ___ other _____

It is hereby ordered, adjudged and decreed that **COREY L. HARRIS** shall be incarcerated in the Erie County Prison for a period of __3__ month(s)/*days* or a purge in the amount of __$500.⁰⁰ PLUS COSTS AND FEES__

**It is further ordered, the defendant's enrollment into the Work Release Program and/or Early Release Program is indicated below:**

- ✓ Work Release Program permissible, if qualified.
- ___ Early Release Program permissible, if qualified.
- ___ Electronic Monitoring permissible, if qualified.
- ___ **NO WORK RELEASE**
- ✓ **NO EARLY RELEASE**
- ✓ **NO ELECTRONIC MONITORING**

**Other conditions as follows:**

It is further ordered, adjudged and decreed the defendant shall pay $50.00 in contempt fees and all costs outstanding to the Erie County Domestic Relations, Support Finance Office.

By the court,

_____
**WILLIAM R. CUNNINGHAM, JUDGE**

---

RELEASE

I, _Carl Rider_ , Prison Liaison from the Domestic Relations Section verify the above named defendant satisfied the conditions set forth by paying the purge of $_____ or served _____ months, as sentenced. Inasmuch as he/she is to be automatically released from prison, if there are no other outstanding warrants against him/her.

_Carl Rider_      12/31/07
Domestic Relations Prison Liaison    Date